3

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

PEDRO MORALES-ALVARADO     *
                                *

        VS                    *   C.A. NO. B-01-198
                                  *

UNITED STATES OF AMERICA    *   (CR. NO. B-01-167)

## O R D E R

Petitioner is **ordered** to file an amended pleading setting out, with more specificity, exactly the grounds of error he claims are the legal basis for his § 2255 application. Petitioner has until February 19, 2002, to file his amended pleading.

DONE at Brownsville, Texas, this 15th day of January 2002.

_____
Felix Recio
United States Magistrate Judge