UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PEDRO MORALES-ALVARADO,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§ CIVIL ACTION NO. B-01-198<br>§ CR B-01-167<br>§<br>§ |

### ORDER

Petitioner is ORDERED to file an amended pleading setting out, with more specificity, exactly the grounds of error he claims are the legal basis for his 28 U.S.C. § 2255 application. Petitioner has until July 1, 2002, to file his amended pleading.

DONE at Brownsville, Texas, this 22nd day of May 2002.

Felix Recio
United States Magistrate Judge