**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 16 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| PEDRO MORALES-ALVARADO, Petitioner, | § § § | |
| v. | § § § | CIVIL ACTION NO. B-01-198 CRIMINAL NO. B-01-167 |
| UNITED STATES OF AMERICA, Respondent. | § § | |

United States District Court
Southern District of Texas
ENTERED

JUL 18 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

Petitioner is hereby ORDERED to file an amended pleading out, with more specificity, exactly the grounds of error he claims are the legal basis for his 28 U.S.C. § 2255 application.

Petitioner has until August 22, 2002, to file his amended pleading.

DONE at Brownsville, Texas, this 16th day of July, 2002.

Felix Recio
United States Magistrate Judge