6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PEDRO MORALES-ALVARADO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-198 |
| | § | CRIMINAL NO. B-01-167 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On July 16, 2002, the Court reviewed the case file in the above-captioned matter, and determined that the Petitioner needed to file an amended pleading setting forth, with more specificity, exactly the grounds of error he claims are the legal basis for his 28 U.S.C. Section 2255 application. The Court gave the Petitioner until August 22, 2002, to file his amended pleading. The Petitioner failed to respond. Due to the fact that there is still no response from the Petitioner in this cause of action, the case should be **DISMISSED WITHOUT PREJUDICE.**

## RECOMMENDATION

For the above mentioned reasons, Petitioner's 28 U.S.C. § 2255 Writ of Habeas Corpus should be **DISMISSED WITHOUT PREJUDICE.**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district

court, provided that the party has been served with notice that such consequences will result from a failure to object.[1]

DONE at Brownsville, Texas, this 26th day of August, 2002.

                                                              Felix Recio
                                                            United States Magistrate Judge

---

[1] *Douglass v. United States Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO MORALES-ALVARADO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-198 |
| | § | CRIMINAL NO. B-01-167 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DISMISSED WITHOUT PREJUDICE.

DONE at Brownsville, Texas this _____ day of _____, 2002.


_____
Hilda Tagle
United States District Judge