UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEDRO MORALES-ALVARADO, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-198 CRIMINAL NO. B-01-167 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DISMISSED WITHOUT PREJUDICE.

DONE at Brownsville, Texas this 27th day of September, 2002.

Hilda Tagle
United States District Judge